## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Tiffini Woodward,** | * |
| **individually and on behalf of her minor child LW** | * |
| | *   **CIVIL ACTION NO. 2:18-04236** |
| **Plaintiffs,** | * |
| | *   **JUDGE LEMMON** |
| **vs.** | * |
| | *   **MAGISTRATE JUDGE ROBY** |
| | * |
| **Sheriff Joseph P. Lopinto, et al** | * |
| | * |
| | * |
| **Defendants.** | * |
| | * |

## ORDER

CONSIDERING THE FOREGOING *Ex Parte Motion to Continue Trial and Extend Deadlines*,

IT IS HEREBY ORDERD that the Motion is **GRANTED** and that the deadlines are set forth below:

- Plaintiffs' expert report deadline will be extended from November 6, 2019 to **December 6, 2019**;

- Defendants' expert report deadline would be extended from December 6, 2019 to **January 6, 2020**;

- Witness and Exhibit List deadline would be extended from January 3, 2020 to **February 3, 2020**;

- Discovery Deadline would be extended from January 3, 2020 to **February 3, 2020**; and

1

- Motion in Limine/Motion deadline would be extended from January 22, 2020 to February 22, 2020.

**IT IS FURTHER ORDERED** that a telephone scheduling conference will be held on October 17, 2019 at 10:00 A.M./P.M. for the Court to schedule a pre-trial conference and new trial date.

THUS DONE AND SIGNED this 25th day of September, 2019, at New Orleans, Louisiana.

*[Signature]*
United States District Court Judge